**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7164**

MAURICE BERNARD STEWART, JR.,

Plaintiff - Appellant,

v.

OFFICER FLANARY; OFFICER LOGSDEN,

Defendants - Appellees,

and

NORMAN A. BROWN, M.D.; ELIZABETH, R.N.,

Defendants,

and

OFFICE OF THE ATTORNEY GENERAL,

Party-in-Interest.

Appeal from the United States District Court for the District of Maryland, at Baltimore.   J. Frederick Motz, Senior District Judge.  (1:10-cv-00863-JFM)

Submitted:  February 19, 2015       Decided:  February 24, 2015

Before WILKINSON and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Maurice Bernard Stewart, Jr., Appellant Pro Se.  Stephanie Judith Lane-Weber, Assistant Attorney General, Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maurice Bernard Stewart, Jr. appeals the district court's order granting summary judgment to the Appellees. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Stewart v. Flanary</u>, No. 1:10-cv-00863-JFM (D. Md. July 25, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>